UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Derrick Anderson, on behalf of himself and all others similarly situated, | |
| Plaintiff, | DOCKET NO. 24-cv-1774 (RER)(VMS) |
| - vs. – | |
| Kang Long U.S.A. Corporation | **NOTICE OF APPEARANCE** |
| Defendant. | |

NOW COMES attorney David Stein, Esq., and enters his appearance in this matter on behalf of defendant Kang Long U.S.A. Corporation.

Dated: April 19, 2024

_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
(212) 836-9595 (Fax)
dstein@steinllp.com

Attorneys for Defendant